## **CERTIFICATE OF SERVICE**

I certify that on July 1, 2021 or as soon as possible thereafter, a copy of the foregoing *Verified Complaint for Injunctive, Declaratory, and Other Relief* will be served via process server and certified mail on the following:

Merrick B. Garland, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Channing D. Phillips, U.S. Attorney, District of Columbia
C/o Civil-Process Clerk
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Tristan Brown, Acting Administrator,
Pipeline and Hazardous Materials Safety Administration
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Pete Buttigieg, Secretary, Office of Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Pipeline and Hazardous Materials Safety Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

In addition, on June 30, 2021, I caused a copy of the foregoing to be served via electronic mail on the following:

Pete Buttigieg, Secretary, Office of Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email:  DOTExecSec@dot.gov

Brian Boynton, Acting Assistant Attorney General of the United States, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Email:  brian.boynton@usdoj.gov

Charles Enloe, Trial Attorney, Office of General Counsel
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: charles.enloe@dot.gov

Vasiliki Tsaganos, Deputy Chief Counsel
Pipeline and Hazardous Materials Safety Administration
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: vasiliki.tsaganos@dot.gov

117327436v1

| | |
|---|---|
| Brandon Hollingshead, Assistant Chief Counsel, General Law Division<br>Pipeline and Hazardous Materials Safety Administration<br>United States Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590<br>Email: brandon.hollingshead@dot.gov<br><br>John E. Putnam, Acting General Counsel and Deputy General Counsel of the United States Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590<br>Email: john.putnam@dot.gov | Stephen Ehrlich, Trial Attorney, Civil Division, Federal Programs<br>U.S. Department of Justice<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Email: stephen.ehrlich@usdoj.gov |

By: *Marc D. Machlin* (signature)

Marc D. Machlin (D.C. Bar No. 358661)
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C.  20004
202.220.1439
marc.machlin@troutman.com

Dabney J. Carr (Va. Bar No. 28679; application for admission pending)
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
Richmond, VA 23219
804.697.1238
dabney.carr@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*