IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>     Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETE BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>     Defendants. | Civil Action No. 21-1760 |

**CERTIFICATE RULE LCVR 26.1**

I, the undersigned, counsel of record for Plaintiff Sunoco Pipeline L.P. certify that to the best of my knowledge and belief that Sunoco Pipeline, L.P. is an indirect, wholly-owned subsidiary of Energy Transfer LP, which is a publicly traded Delaware Limited Partnership.

These representations are made in order that judges of this court may determine the need for recusal.

By: _/s/ Marc D. Machlin_
Marc D. Machlin (D.C. Bar No. 358661)
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C. 20004
202.220.1439
marc.machlin@troutman.com

117339340v1

Dabney J. Carr (Va. Bar No. 28679;
application for admission pending)
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
Richmond, VA 23219
804.697.1238
dabney.carr@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2021, copies of the foregoing *Certificate Rule LCVR 26.1* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF. In addition, I caused a copy of the foregoing to be served via electronic mail on the following:

Pete Buttigieg, Secretary, Office of Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: DOTExecSec@dot.gov

Brian Boynton, Acting Assistant Attorney General of the United States, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Email: brian.boynton@usdoj.gov

Charles Enloe, Trial Attorney, Office of General Counsel
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: charles.enloe@dot.gov

Vasiliki Tsaganos, Deputy Chief Counsel
Pipeline and Hazardous Materials Safety Administration
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: vasiliki.tsaganos@dot.gov

Brandon Hollingshead, Assistant Chief Counsel, General Law Division
Pipeline and Hazardous Materials Safety Administration
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: brandon.hollingshead@dot.gov

Stephen Ehrlich, Trial Attorney, Civil Division, Federal Programs
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Email: stephen.ehrlich@usdoj.gov

John E. Putnam, Acting General Counsel and Deputy General Counsel of the United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
Email: john.putnam@dot.gov

By: *Marc D. Machlin*
Marc D. Machlin (D.C. Bar No. 358661)