# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>    Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Case No.: 1:21CV01760-TSC |

## NOTICE OF APPEARANCE

Please take notice that the following enters their appearance as counsel of record for Plaintiff in the above-captioned matter:

  Dabney J. Carr, IV (Bar ID:VA118)
  dabney.carr@troutman.com
  TROUTMAN PEPPER HAMILTON SANDERS LLP
  P.O. Box 1122
  Richmond, Virginia 23218-1122
  Telephone: (804) 697-1238
  Facsimile: (804) 697-1339

Dated: August 4, 2021      SUNOCO PIPELINE L.P.

           By: /s/ Dabney Carr
            Dabney J. Carr, IV (Bar ID: VA118)
            TROUTMAN PEPPER HAMILTON
             SANDERS LLP
            Troutman Pepper Building
            1001 Haxall Point
            Richmond, VA 23219
            804.697.1238
            804.697.1339 (fax)
            dabney.carr@troutman.com

        Marc D. Machlin (D.C. Bar No. 358661)
        TROUTMAN PEPPER HAMILTON
         SANDERS LLP
        401 Ninth Street, N.W., Suite 1000
        Washington, D.C.  20004
        202.220.1439
        marc.machlin@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*