# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>    Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br> et al.,<br><br>    Defendants. | Case No.: 1:21CV01760-TSC |

**PROOF OF SERVICE AFFIDAVITS AND RECEIPTS**
**AS TO FEDERAL DEFENDANTS PIPELINE AND HAZARDOUS MATERIALS**
**SAFETY ADMINISTRATION AND TRISTAN BROWN, ACTING ADMINISTRATOR,**
**PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION**

 On behalf of Sunoco Pipeline L.P., counsel hereby submits for filing the enclosed proof of service affidavits and receipts as to the Federal Defendants Pipeline and Hazardous Materials Safety Administration and Tristan Brown, Acting Administrator, Pipeline and Hazardous Materials Safety Administration .

Dated: August 18, 2021    Respectfully submitted,

               By: _/s/ Marc D. Machlin_

               Dabney J. Carr (Va. Bar No. 28679)
               TROUTMAN PEPPER HAMILTON SANDERS LLP
               Troutman Pepper Building
               1001 Haxall Point
               Richmond, VA 23219
               804.697.1238
               dabney.carr@troutman.com

               Marc D. Machlin (D.C. Bar No. 358661)
               TROUTMAN PEPPER HAMILTON SANDERS LLP
               401 Ninth Street, N.W., Suite 1000
               Washington, D.C.  20004
               202.220.1439
               marc.machlin@troutman.com

            *Attorneys for Plaintiff Sunoco Pipeline L.P.*

#118598742

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-1760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pipeline and Hazardous Materials Safety Administration
was received by me on *(date)* July 2, 2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and the complaint by certified mail to the Pipeline and
Hazardous Materials Safety Administration, 1200 New Jersey Avenue, SE, Washington, DC
20590, as provided by Fed. R. Civ. P. 4(i)(2)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 2, 2021

*Server's signature*

Keith Brown, DC Site Supervisor
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-1760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tristan Brown, Acting Administrator, PHMSA
was received by me on *(date)* July 2, 2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and the complaint by certified mail to Tristan Brown, Acting Administrator, Pipeline and Hazardous Materials Safety Administration, United States Department of Transportation, 1200 New Jersey Avenue, SE, Washington, DC 20590, as provided by Fed. R. Civ. P. 4(i)(2)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 2, 2021

*Server's signature*

Keith Brown, DC Site Supervisor
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

**Tristan Brown, Acting Administrator**
**Pipeline and Hazardous Materials Safety Administration**
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC  20590
Certified Mail #7020-3160-0002-1447-9123

# USPS Tracking®

**Tracking Number:** 70203160000214479123

Your item was delivered to the front desk, reception area, or mail room at 10:29 am on July 8, 2021 in WASHINGTON, DC 20590.

**Pipeline and Hazardous Materials Safety Administration**
1200 New Jersey Avenue, SE
Washington, DC  20590
Certified Mail #7020-3160-0002-1447-9093

# USPS Tracking®

**Tracking Number:** 70203160000214479093

Your item was delivered to the front desk, reception area, or mail room at 10:29 am on July 8, 2021 in WASHINGTON, DC 20590.