IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>        Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>        Defendants. | Case No.: 1:21CV01760-TSC |

**PROOF OF SERVICE AFFIDAVIT AND RECEIPT
AS TO FEDERAL DEFENDANT MERRICK B. GARLAND,
ATTORNEY GENERAL OF THE UNITED STATES**

On behalf of Sunoco Pipeline L.P., counsel hereby submits for filing the enclosed proof of service affidavit and receipt as to the Federal Defendant Merrick B. Garland, Attorney General of the United States.

Dated:   August 18, 2021          Respectfully submitted,

By: *(signature)*
Dabney J. Carr (Va. Bar No. 28679)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
Richmond, VA 23219
804.697.1238
dabney.carr@troutman.com

Marc D. Machlin (D.C. Bar No. 358661)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C.  20004
202.220.1439
marc.machlin@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*

#118598742

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-1760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick B. Garland, Attorney General of the United States
was received by me on *(date)* July 2, 2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and the complaint by certified mail to Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, as provided by Fed. R. Civ. P. 4(i)(2)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 2, 2021

*Server's signature*

Keith Brown, DC Site Supervisor
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 3184 7166 3502 91

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

T. Alexander

401 9th Street, NW, Suite 1000
Washington, DC 20004-2134

4-214650

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick B. Garland
DOJ
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 3184 7166 3502 91

2. Article Number (Transfer from service label)
7020 3160 0002 1447 9154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUL 09 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt