IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P., <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No.: 1:21CV01760-TSC |

**PROOF OF SERVICE AFFIDAVIT AND RECEIPT
AS TO FEDERAL DEFENDANT U.S. DEPARTMENT OF TRANSPORTATION**

On behalf of Sunoco Pipeline L.P., counsel hereby submits for filing the enclosed proof of service affidavit and receipt as to Federal Defendant U.S. Department of Transportation.

Dated:   August 18, 2021         Respectfully submitted,

By: *[signature: Marc D. Machlin]*
Dabney J. Carr (Va. Bar No. 28679)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
Richmond, VA 23219
804.697.1238
dabney.carr@troutman.com

Marc D. Machlin (D.C. Bar No. 358661)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C.  20004
202.220.1439
marc.machlin@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*

#118598742

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-1760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Transportation
was received by me on *(date)* July 2, 2021.

☐ I personally served the summons on the individual at *(place)*
      on *(date)*            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
      , a person of suitable age and discretion who resides there,
on *(date)*        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*              , who is
designated by law to accept service of process on behalf of *(name of organization)*
      on *(date)*            ; or

☐ I returned the summons unexecuted because                ; or

☑ Other *(specify):* I sent a copy of the summons and the complaint by certified mail to the U.S. Department of Transportation, 1200 New Jersey Avenue, SE, Washington, DC 20590, as provided by Fed. R. Civ. P. 4(i)(2)

My fees are $         for travel and $         for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: July 2, 2021

*Server's signature*

Keith Brown, DC Site Supervisor
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

Office of the General Counsel
**U.S. Department of Transportation**
1200 New Jersey Avenue, SE
Washington, DC  20590
Certified Mail #7020-3160-0002-1447-9420

# USPS Tracking

**Tracking Number:** 70203160000214479420

Your item was delivered to the front desk, reception area, or mail room at 10:09 am on July 20, 2021 in WASHINGTON, DC 20590.