THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

**CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**

On June 30, 2021, Plaintiff Sunoco Pipeline, L.P. filed a complaint seeking to prevent Defendants from disclosing an unredacted document that alleged Sunoco's violation of certain pipeline safety regulations. *See* Compl., ECF No. 1. Sunoco effected service on July 9, 2021 and, under Federal Rule of Civil Procedure 12(a)(2), Defendants' deadline to respond to the complaint is currently September 7, 2021. But due to the press of other matters, Defendants require a short extension of this deadline. Having conferred with Sunoco, Defendants now respectfully request—with Sunoco's consent and agreement—that the Court extend Defendants' time to respond to the complaint and set the following agreed-upon briefing schedule:

| Action | Proposed Date |
|---|---|
| Defendants' motion to dismiss | September 24, 2021 |
| Plaintiff's opposition to Defendants' motion to dismiss | October 15, 2021 |
| Defendants' reply in support of their motion to dismiss | October 29, 2021 |

A proposed order is attached.

DATED: August 23, 2021               Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA M. BERMAN
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*