THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

## [PROPOSED] ORDER

Defendants in the above-captioned case—with Plaintiff's consent—have requested that the Court extend Defendants' time to respond to the complaint and set an agreed-upon briefing schedule. Good cause appearing, it is hereby ordered that Defendants' motion to dismiss shall be due September 24, 2021; Plaintiff's opposition to Defendants' motion to dismiss shall be due October 15, 2021; and Defendants' reply in support of their motion to dismiss shall be due October 29, 2021.

Dated: _____, 2021

_____
Judge Tanya S. Chutkan
United States District Judge