THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

## DEFENDANTS' MOTION TO DISMISS

Defendants in the above-captioned case move the Court to dismiss Plaintiff Sunoco's complaint, ECF No. 1, under Federal Rule of Civil Procedure 12(b). Defendants' arguments in support of this motion are explained in the attached Memorandum of Law.

DATED: September 24, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA M. BERMAN
Assistant Director, Federal Programs Branch

*/s/ Stephen Ehrlich*
STEPHEN EHRLICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*