UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, it is hereby ORDERED that the motion is granted, and it is further ORDERED that Plaintiff's complaint, ECF No. 1, is dismissed with prejudice.  The Clerk of the Court shall close this case.

SO ORDERED.

Dated: _____   _____
Washington, DC                          TANYA S. CHUTKAN
                                        U.S. DISTRICT JUDGE