# Exhibit 1
# 1:21-cv-01760-TSC

Re: FOIA Request No. 2020-0044

Eric Friedman (b) (6)

Thu 12/12/2019 2:21 PM

To: Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov>

📎 1 attachments (141 KB)

2020-0044 Acknowledgment Letter 2019.12.11f.pdf;

Dear Ms. Van Nostrand,

Thank you for your letter dated December 11, 2019 acknowledging receipt of my FOIA request dated December 4, 2019, in which I requested an unredacted copy of the Notice of Probable Violation issued by PHMSA to Sunoco on May 17, 2019. (PHMSA enforcement case CPF No. 1-2019-5006).

I respectfully request expedited processing of my request. 49 CFR section 7.31(c)(ii) provides that expedited processing may be granted by PHMSA in the case of "A request made by a person primarily engaged in disseminating information, with a time urgency to inform the public of actual or alleged Federal Government activity." My request falls squarely under this section. The organization with which I am affiliated, Middletown Coalition for Community Safety (MCCS), has a primary goal, as determined by its leadership team, to disseminate time-critical information to the public regarding risks associated with Sunoco current and proposed operations, including its proposed hazardous, highly volatile liquids export pipeline marketed as "Mariner East." (The MCCS web site hosts a large amount of such information). The requested document bears directly on this aspect of the MCCS mission. Moreover, the requested document, a Notice of Probable Violation regarding Mariner East, was issued May 17, 2019, but not posted until very recently on PHMSA's "Enforcement Transparency" web site. Thus, this time-sensitive critical safety record has already been withheld from public view for approximately six months. It is therefore in the public interest that my request should be expedited.

The redacted information in the NOPV pertains to estimates obtained by Sunoco of what it calls the "blast radius" associated with continuing accidents on Mariner East. This information appears to be about the distances to which a third party estimated thermal and blast impacts could be expected to injure or kill people and cause property damage. This information is not subject to exemption under FOIA or PHMSA regulations. Specifically, it clearly does not constitute "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential". In fact, multiple estimates of these distances are already publicly available from a number of studies posted on the MCCS web site, including one assessment completed by the government of Delaware County, Pennsylvania, and released publicly in its entirety in December 2018. There are also publicly available tools to model these distances, including the software program CANARY, available for lease from Quest Consultants of Norman, Oklahoma. Modeling such impacts is a matter of materials and physics, and has nothing to do with proprietary trade secrets. Should Sunoco make such a claim, I respectfully request that it be expeditiously adjudicated in order to avoid any further delay in the release of the requested unredacted NOPV.

Thank you for your consideration.

Best regards,
Eric Friedman

with you.

Thank you and have a good weekend.

Best,
**Brandon Hollingshead**
Assistant Chief Counsel for General Law, Office of Chief Counsel

US Department of Transportation
**Pipeline and Hazardous Materials Safety Administration**
1200 New Jersey Avenue, Washington, DC, 20590
Office: 202.366.0845 ◊ Mobile: 202.604.6777

PRIVILEGED & CONFIDENTIAL:  This e-mail, including any attachments, is confidential, intended only for the named recipient(s) above and may contain information that is privileged, confidential, attorney work product or otherwise legally protected.  If you have received this message in error, or are not the named recipient(s), please immediately notify me and permanently delete this e-mail message and any attachments from your workstation and/or network mail system.

**From:** Eric Friedman [mailto:(b) (6)
**Sent:** Thursday, June 18, 2020 3:57 PM
**To:** Hollingshead, Brandon (PHMSA) <brandon.hollingshead@dot.gov>
**Cc:** Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov>; PHMSA FOIA <PHMSA.FOIA@dot.gov>
**Subject:** Re: FOIA Request No. 2020-0044 (2020-0075)

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Mr. Hollingshead:

On Dec. 4, 2019, more than six months ago, I made what I believed was a simple request under the Freedom of Information Act: an unredacted copy of a Notice of Probable Violation and Proposed Compliance Order issued by PHMSA to Sunoco on May 17, 2019. I requested expedited processing of my request based on justifications listed in PHMSA regulations, including imminent threat to life and property, and urgent public need for information about PHMSA actions. Instead of expediting my request, PHMSA delayed it by inviting Sunoco to object to it. I respectfully request your assistance in this matter, which has been assigned FOIA No. 2020-0044.

After I was informed that Sunoco had indeed objected to my request (even though it seeks no more than a copy of an enforcement action, documents that are normally made public on PHMSA's "Enforcement Transparency" website) I made a reasonable request for a copy of Sunoco's objections so that I could respond to them. Rather than simply providing me Sunoco's objections and allowing me to address them, PHMSA treated my request for a copy of Sunoco's objections as a new FOIA request, to which it assigned No. 2020-0075.

Despite the passage of many months, I have received neither the unredacted copy of the NOPV that I originally requested, nor a copy of Sunoco's objections to my receipt of the NOPV. I respectfully assert that no part of the NOPV is subject to exemption under FOIA; nor is Sunoco's objection to my FOIA request. Despite my assertion that my request bears on an imminent threat to life and property, my request remains unfulfilled, and without reasonable explanation for the long delay.

Several requests for an expected timeline for the processing of my request have gone without answer. However, yesterday I received an indication that my request(s) would continue to be delayed indefinitely when Ms. Van Nostrand wrote to me that "As a status update, Sunoco's responses to the consultations are under review.  We will provide a response to you as soon as the review is complete. We appreciate your patience as we work to finalize a response to your request."

I write to respectfully request your assistance. An expedited copy of the unredacted NOPV will be appreciated. Alternatively, (given my request for expedition) some concrete information on the timeline would be welcome. If Sunoco's objections to my request are causing or extending the delay, I would appreciate a copy of them so that I can respond.

Thank you for your assistance with this important matter.

Sincerely,
Eric Friedman


On Mon, Jun 15, 2020 at 6:41 AM PHMSA FOIA <PHMSA.FOIA@dot.gov> wrote:

> Good morning Mr. Friedman,
>
> I apologize for the delay in responding.  As a status update, Sunoco's responses to the consultations are under review.  We will provide a response to you as soon as the review is complete.  We appreciate your patience as we work to finalize a response to your request.
>
> Kindest Regards,
>
>
> **Madeline Van Nostrand**
> FOIA Officer, Office of Chief Counsel
>
> US Department of Transportation
> **Pipeline and Hazardous Materials Safety Administration**
> 1200 New Jersey Avenue, S.E., Washington, DC, 20590
> Office: 202.366.0273 ◊ Mobile: 202.441.0752
>
> PHMSA Home | LinkedIn | Twitter | HAZMAT | OPS
>
> FOIA Electronic Reading Room | Submit a FOIA Request
>
>  
>
>
>
> **From:** Eric Friedman <(b) (6)>
> **Sent:** Monday, June 08, 2020 9:52 AM
> **To:** Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov>
> **Subject:** Re: FOIA Request No. 2020-0044 (2020-0075)
>
> Ms. Van Nostrand,

I would appreciate an update on the status of FOIA Requests Nos. 2020-0044 and 2020-0075.

Regards,
Eric

On Mon, May 18, 2020 at 10:46 AM Eric Friedman <(b) (6)> wrote:

> Good morning Ms. Van Nostrand,
>
> It has been more than three months since I last heard from you regarding my FOIA requests. Could you please provide an update on their status?
>
> Thank you,
> Eric
>
> On Mon, Feb 10, 2020 at 8:23 AM Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov> wrote:
>
>> Good Morning Mr. Friedman,
>>
>> Your request for the comments submitted by Sunoco has been received and was assigned FOIA tracking number 2020-0075.  Because Sunoco's response to the consultation in 2020-0044 was marked by as confidential, we are required to consult with the submitter on this information.  I plan to send the consultation to Sunoco this afternoon.
>>
>> Thank you for your patience as we work to respond to all of your FOIA requests.
>>
>> Kindest Regards,
>>
>> **Madeline Van Nostrand**
>> FOIA Officer
>> Office of Chief Counsel
>> Pipeline and Hazardous Materials Safety Administration (PHMSA)
>>
>> **From:** Eric Friedman [mailto:(b) (6)]
>> **Sent:** Tuesday, February 4, 2020 2:44 PM
>> **To:** Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov>
>> **Subject:** Fwd: FOIA Request No. 2020-0044
>>
>> Good afternoon Ms. Van Nostrand,
>>
>> I am writing to follow up on this matter. As I wrote to on Jan. 22, 2020, I request a copy of any comment submitted by Sunoco pertaining to my FOIA request No. 2020-0044. If Sunoco claims a FOIA exemption might apply to my request, I would also appreciate the opportunity to respond.
>>
>> v/r
>> Eric Friedman
>>
>> ---------- Forwarded message ---------
>> From: **Eric Friedman** <(b) (6)>
>> Date: Wed, Jan 22, 2020 at 09:19
>> Subject: FOIA Request No. 2020-0044
>> To: Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov>

Good morning Ms. Van Nostrand,

I write in regard to a FOIA request I submitted Dec. 4, 2019, which has been assigned PHMSA No. 2020-0044.

I assert that the record I requested (an unredacted copy of a PHMSA Notice of Probable Violation) is not subject to exemption under FOIA, because it clearly does not contain a trade secret or confidential business information. However, in your Dec. 23, 2019 response to me (attached) you wrote "This serves to notify you that on 12/20/2019, we provided Sunoco with the opportunity to comment on commercial information (*sic*) responsive to this FOIA request. See 49 C.F.R. § 7.29. We have provided Sunoco with ten business days to respond."

I requested expedited processing of my request based on what I believe is adequate justification under PHMSA regulations, including imminent threat to life and property, and urgent public need for information about PHMSA actions. While you chose to deny my request for expedition, these same circumstances continue to exist, and it has now been more than 30 days since you "provided Sunoco with the opportunity to comment."

Accordingly, I write to request a copy of any comment submitted by Sunoco pertaining to my request. To the extent Sunoco postulated that a FOIA exemption might apply to my request, I would also appreciate the opportunity to respond.

Regards,
Eric Friedman

On Mon, Dec 23, 2019 at 2:37 PM Van Nostrand, Madeline (PHMSA) <madeline.vannostrand@dot.gov> wrote:

> Hello,
>
> Please find attached correspondence to you regarding the FOIA request that you submitted to the Pipeline and Hazardous Materials Safety Administration (PHMSA).
>
> Kindest Regards,
>
> **Madeline Van Nostrand**
> FOIA Officer
> Office of Chief Counsel
> Pipeline and Hazardous Materials Safety Administration (PHMSA)
> U.S. Department of Transportation
> 1200 New Jersey Avenue, S.E.
> Washington, D.C. 20590
>
> Tel: 202.366.0273
> Email: madeline.vannostrand@dot.gov or PHMSA.FOIA@dot.gov
> Website: https://www.phmsa.dot.gov/foia
>
> **New!**  Click here to submit a FOIA request.