**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-01760-TSC |

**[PROPOSED] ORDER**

**AND NOW**, this _____, day of _____, upon consideration of Defendants U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, Peter Buttigieg, and Tristan Brown's (collectively, "Defendants") Motion to Dismiss, and the briefs submitted in support thereof or in opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss is **DENIED**.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya S. Chutkan, U.S.D.J.