AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Sunoco Pipeline, L.P. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-01760-TSC |
| U.S. Department of Transportation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed amicus curiae Chamber of Commerce of the United States of America.

Date: 10/22/2021

/s/ John P. Elwood
*Attorney's signature*

John P. Elwood (D.C. Bar No. 452726)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
*Address*

John.Elwood@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*