# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-01760-TSC |

# [PROPOSED] ORDER

On consideration of the Motion of the Chamber of Commerce of the United States of America for Leave to File a Brief as *Amicus Curiae* in Support of Plaintiff, it is hereby ORDERED that the motion is GRANTED.

Date: _____       _____
                                            HON. TANYA S. CHUTKAN
                                            U.S. District Judge

**PERSONS ENTITLED TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys entitled to be notified of the Proposed Order's entry:

Marc D. Machlin
Troutman Pepper Hamilton Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, DC 20004
Phone:  (202) 220-1439
Email:  marc.machlin@troutman.com

Dabney J. Carr
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Phone:  (804) 697-1238
Email:  dabney.carr@troutman.com

*Attorneys for Plaintiff*


Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  (202) 305-9803
Email:  stephen.ehrlich@usdoj.gov

*Attorney for Defendants*