IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P., <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY, <br><br> Defendants. | Civil Action No. 1:21-cv-01760-TSC |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF THE AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN GAS ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINES, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, AND NATIONAL ASSOCIATION OF MANUFACTURERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Civil Local Rule 7(o), the American Fuel & Petrochemical Manufacturers, American Gas Association, American Petroleum Institute, Association of Oil Pipe Lines, Interstate Natural Gas Association of America, and National Association of Manufacturers (collectively, "the Associations") respectfully request leave to file a brief as amici curiae in the above-captioned case in support of Plaintiff's opposition to Defendants' motion to dismiss. The parties consent to this motion. The proposed brief is attached as Exhibit A.

In support of their motion, the Associations state as follows:

1.      The Associations represent the spectrum of the country's energy infrastructure and manufacturers, which are some of the nation's largest energy consumers.

**American Fuel & Petrochemical Manufacturers (AFPM)**: AFPM is a national trade association representing most U.S. refining and petrochemical manufacturing capacity and the midstream companies that move feedstocks and products where they need to go. These companies provide jobs, directly and indirectly, to more than three million Americans, contribute to our economic and national security, and enable the production of thousands of vital products used by families and businesses throughout the nation.

**American Gas Association (AGA)**: AGA represents more than 200 local energy companies that deliver natural gas throughout the United States. There are more than 76 million residential, commercial, and industrial natural gas customers in the U.S., of which 95 percent—more than 72 million customers—receive their gas from AGA members.

**American Petroleum Institute (API)**: API represents all segments of America's natural gas and oil industry, which supports more than 11 million U.S. jobs and is backed by a growing grassroots movement of millions of Americans. API's nearly 600 members produce, process, and distribute the majority of the nation's energy, and participate in API Energy Excellence, which is accelerating environmental and safety progress by fostering new technologies and transparent reporting.

**Association of Oil Pipe Lines (AOPL)**: AOPL promotes responsible policies, safety excellence, and public support for liquids pipelines. AOPL represents pipelines transporting 97 percent of all hazardous liquids barrel miles reported to the Federal Energy Regulatory Commission. Its diverse membership includes large and small pipelines carrying crude oil, refined petroleum production, natural gas liquids, and other liquids.

**Interstate Natural Gas Association of America (INGAA)**: INGAA is a trade organization that advocates regulatory and legislative positions of importance to the natural gas pipeline industry in North America. INGAA is composed of 26 members, representing the vast

majority of the interstate natural gas transmission pipeline companies in the U.S. and Canada. INGAA members operate almost 200,000 miles of pipeline.

**National Association of Manufacturers (NAM)**: The NAM works for the success of the more than 12.8 million men and women who make things in America. Representing 14,000 member companies—from small businesses to global leaders—in every industrial sector, NAM is the nation's most effective resource and most influential advocate for these values and for manufacturers across the country.

2.      A decision in this litigation has the potential to significantly affect the Associations' members, which customarily protect risk-modeling information, like the information at issue in this case, from public disclosure due to significant threats to operations and public safety from terrorists and other bad actors seeking to exploit potential vulnerabilities. The Associations rely on the Freedom of Information Act's (FOIA) exemptions from the disclosure of confidential and public safety information to fulfill their responsibilities to maintain their systems, protect the public, protect their business interests, and comply with regulatory requirements.

3.      The Associations believe the proposed amici brief will help the Court in considering the issues presented by this case. *See* LCvR 7(o); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (amicus participation is appropriate "when the amicus has an interest in some other case that may be affected by the decision in the present case . . . or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide") (citation omitted)). The proposed amici brief provides context on why the risk-modeling information at issue is important to both the commercial and security interests of the Nation's critical infrastructure. Because the Associations report the type of information at issue in this case, relying on the protection of FOIA Exemptions, and because energy infrastructure depends on the cooperation between the Associations and federal and local governments, the impact of Plaintiff's claims extend beyond this case. The Associations offer a vantage point that they believe will be of use to the Court as it considers Defendants' motion to dismiss.

4.      Plaintiff and Defendants have consented to the filing of this brief.

For these reasons, the Associations respectfully request that the Court grant them leave to participate as amici curiae and accept the attached amici curiae brief for filing.

Dated: October 22, 2021

                                              Respectfully submitted,

                                              */s/ Steven P. Lehotsky*
                                              Steven P. Lehotsky (DC Bar No. 992725)
                                              Michael B. Schon (DC Bar No. 989893)*
                                              Gabriela Gonzalez-Araiza (DC Bar No. 1631972)*
                                              LEHOTSKY KELLER LLP
                                              200 Massachusetts Avenue NW
                                              Washington, DC 20001
                                              steve@lehotskykeller.com
                                              T: (512) 693-8350

                                              *\*Application for admission to the D.D.C. bar pending*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

                                                  */s/ Steven P. Lehotsky*
                                                  Steven P. Lehotsky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Civil Action No. 1:21-cv-01760-TSC |

**[PROPOSED] ORDER**

Having considered the Motion for Leave to File Amici Brief of the American Fuel & Petrochemical Manufacturers, American Gas Association, American Petroleum Institute, Association of Oil Pipe Lines, Interstate Natural Gas Association of America, and National Association of Manufacturers, the Court hereby

ORDERS that the motion is GRANTED. The clerk is directed to file the brief submitted with amici's motion.

SO ORDERED.

Dated this ____ day of _____, 2021.

_____
Tanya S. Chutkan
United States District Judge