THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-01760-TSC |

**DEFENDANTS' CONSENT MOTION FOR
AN EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendants respectfully request—with Plaintiff Sunoco's consent—a one-week extension of time to file their reply brief in support of their motion to dismiss. *See* Fed. R. Civ. P. 6(b). This extension is necessary because undersigned counsel has faced other emergent matters that have arisen over the past month, including several other briefs and motions in other cases. The current deadline for Defendants' reply is October 29, 2021. *See* Minute Order (August 24, 2021); ECF No. 12 (Defendants' motion to dismiss). Defendants therefore respectfully request that the Court grant a one-week extension, to and including November 5, 2021. A proposed order is attached.

DATED: October 28, 2021                    Respectfully submitted,

                                                                BRIAN M. BOYNTON
                                                                Acting Assistant Attorney General

                                                                MARCIA M. BERMAN
                                                                Assistant Director, Federal Programs Branch

                                                               */s/ Stephen Ehrlich*
                                                               STEPHEN EHRLICH
                                                               Trial Attorney
                                                               U.S. Department of Justice
                                                               Civil Division, Federal Programs Branch
                                                              1100 L Street, NW
                                                               Washington, DC 20005
                                                               Phone:  (202) 305-9803
                                                               Email:  stephen.ehrlich@usdoj.gov

                                                               *Attorneys for Defendants*