THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-01760-TSC |

### [PROPOSED] ORDER

Upon consideration of Defendants' consent motion for an extension of time to file their reply brief, it is hereby ORDERED that the motion is granted; and it is further ORDERED that Defendants' reply in support of their motion to dismiss is due on or before November 5, 2021.

SO ORDERED

Dated: _____, 2021

_____
Judge Tanya S. Chutkan
United States District Judge