# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P., <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY, <br><br> DEFENDANTS. | Civil Action No. 1:21-cv-01760-TSC |

## [PROPOSED] ORDER

This matter is before the Court on the motion of Plaintiff Sunoco Pipeline L.P. ("Sunoco") for leave to file a Surreply in opposition to Defendants' Motion to Dismiss. Upon consideration of the briefs in support of and in opposition to the motion, Sunoco's Motion for Leave to File Surreply is hereby GRANTED and Sunoco is DIRECTED to file its proposed Surreply through the Court's ECF System.

SO ORDERED

Dated: _____

_____
United States District Judge