IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>               Plaintiff,<br>     v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>               Defendants. | Civil Action No. 1:21-cv-01760-TSC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sunoco Pipeline L.P. ("Sunoco") respectfully submits this Notice of Supplemental Authority to advise the Court of a recent decision issued by the Pennsylvania Supreme Court on December 22, 2021 in *Energy Transfer v. Friedman*, and *Pennsylvania Public Utility Commission v. Friedman*, Nos. J-64A-2021 and J-65B-2021, a case which is referenced in Sunoco's Opposition to Defendants' Motion to Dismiss. *See* Mem. of P. & A. in Opp'n to Defs.' Mot. to Dismiss (ECF 13) at 7, n. 6. The decision is relevant to Sunoco's opposition to Defendants' pending Motion to Dismiss because the Pennsylvania Supreme Court upheld the Pennsylvania Public Utility Commission's authority to protect the same information at issue in this case as confidential security information. A copy of the opinion is attached hereto as Exhibit A.

1

|  |  |
|---|---|
| Dated: December 23, 2021 | By:  /s/ Dabney J. Carr, IV  <br>Marc D. Machlin (D.C. Bar No. 358661)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>401 Ninth Street, N.W., Suite 1000<br>Washington, D.C.  20004<br>202.220.1439<br>marc.machlin@troutman.com<br><br>Dabney J. Carr, IV (Bar ID: VA118)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Troutman Pepper Building<br>1001 Haxall Point<br>Richmond, VA 23219<br>804.697.1238<br>dabney.carr@troutman.com<br><br>*Attorneys for Plaintiff Sunoco Pipeline L.P.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 23, 2021, true and correct copies of this Notice of Supplemental Authority and exhibit, and this Certificate of Service, were filed and served on all parties of record via the Court's electronic filing system.

*/s/ Dabney J. Carr, IV*
Dabney J. Carr, IV