### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>     Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>     Defendants. | Civil Action No. 1:21-cv-01760-TSC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sunoco Pipeline L.P. ("Sunoco") respectfully submits this Notice of Supplemental Authority to advise the Court of two recent decisions issued by the United States District Court for the District of Columbia. A copy of the first decision, *Majuc v. U.S. Department of Justice*, No. 18-cv-566 (APM) (D.D.C. Jan. 28, 2022), is attached as Exhibit A. The *Majuc* decision holds that Exemption 4 applies where the disclosure of records would "harm or competitively disadvantage" the submitter, in part by exposing "vulnerabilities" in certain financial controls. Ex. A at 10-11; *see also id.* at 15. This decision is relevant to Sunoco's opposition to Defendants' pending Motion to Dismiss because it confirms that disclosure of sensitive information which may carry commercial consequences qualifies as "commercial" information under Exemption 4. *See* Mem. of P. & A. in Opp'n to Defs.' Mot. to Dismiss (ECF 13) at 28.

A copy of the second decision, *Naumes v. Department of the Army*, No. 21-cv-1670 (JEB) (D.D.C. Feb. 28, 2022), is attached as <u>Exhibit B</u>.  The *Naumes* decision applies a "'commercial interest'" test for Exemption 4.  *See* Ex. B at 13 (quoting *Baker & Hostetler LLP v. Dep't of Com.*, 473 F.3d 312, 319 (D.C. Cir. 2006)).  This decision confirms the same test articulated in Sunoco's opposition to Defendants' pending Motion to Dismiss.  Mem. of P. & A. in Opp'n to Defs.' Mot. to Dismiss (ECF 13) at 24; *contra* Defs.' Reply Mem. in Supp. of Mot. to Dismiss at 19-20.

Dated: March 16, 2022					By:	/s/ Dabney Carr
							Dabney J. Carr, IV (Bar ID: VA118)
							TROUTMAN PEPPER HAMILTON
							SANDERS LLP
							Troutman Pepper Building
							1001 Haxall Point
							Richmond, VA 23219
							804.697.1238
							dabney.carr@troutman.com

							Marc D. Machlin (D.C. Bar No. 358661)
							TROUTMAN PEPPER HAMILTON
							SANDERS LLP
							401 Ninth Street, N.W., Suite 1000
							Washington, D.C.  20004
							202.220.1439
							marc.machlin@troutman.com

							*Attorneys for Plaintiff Sunoco Pipeline L.P.*