IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE L.P.,<br><br>    Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, PETER BUTTIGIEG, SECRETARY OF THE DEPARTMENT OF TRANSPORTATION, IN HIS OFFICIAL CAPACITY, AND TRISTAN BROWN, ACTING ADMINISTRATOR OF THE PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, IN HIS OFFICIAL CAPACITY,<br><br>    Defendants. | Civil Action No. 1:21-cv-01760-TSC |

## RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sunoco Pipeline L.P. ("Sunoco") respectfully submits this Response to Defendants' Notice of Supplemental Authority advising the Court of the United States Court of Appeals for the District of Columbia's recent decision in *Citizens for Resp. & Ethics in Washington v. U.S. Dept of Justice.*, 58 F.4th 1255 (D.C. Cir. 2023) ("*CREW*"). *See* ECF No. 28.

Plaintiff files this Response to note several differences between this action and *CREW*. First, *CREW* was decided on summary judgment after the development of a full factual record, unlike this matter which is still at the motion to dismiss stage. Second, *CREW* reaffirmed, as Sunoco has argued, that commercial information includes information that is commercial by its nature as well as information that is commercial in its function. *CREW*, 58 F.4th at 1263, 1265, 1268; *accord* Pls. Response Br. [ECF No. 13] at 24–25. In contrast, PHMSA's final determination resulting in this action limited its analysis to whether the Sunoco information at issue, the risk

consequence modeling data, was commercial in nature. Pls. Response Br. at 26–27. Third, unlike the identities of the companies at issue in *CREW*, the risk consequence modeling data pertains to Sunoco's core commercial interests in the safety and security of the pipeline and surrounding communities as well as the safe transportation of natural gas liquids and its commercial interest in obtaining regulatory approval. *Id*. at 27–29.

Finally, as Defendants point out, the D.C. Circuit held that the government based its claim that the information at issue in *CREW* was commercial on the potential commercial consequences of disclosure. *See* ECF No. 28, n. 1. Defendants claim that they additionally argued that the information at issue was connected to the companies' commercial enterprises and revealed facts about their business operations. *Id*. Similarly, the risk consequence modeling data at issue in this action is connected to Sunoco's commercial enterprises and reveals facts about its business operations. Pls. Response Br. at 27–29.

Dated: March 1, 2023

By:  /s/ Dabney J. Carr, IV  
Marc D. Machlin (D.C. Bar No. 358661)  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
401 Ninth Street, N.W., Suite 1000  
Washington, D.C.  20004  
202.220.1439  
marc.machlin@troutman.com

Dabney J. Carr, IV (Bar ID: VA118)  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
Troutman Pepper Building  
1001 Haxall Point  
Richmond, VA 23219  
804.697.1238  
dabney.carr@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 1, 2023, true and correct copies of this Response to Notice of Supplemental Authority and this Certificate of Service, were filed and served on all parties of record via the Court's electronic filing system.

> */s/ Dabney J. Carr, IV*
> Dabney J. Carr, IV