# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUNOCO PIPELINE, L.P.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-cv-1760 (TSC) |
| **U.S. DEPARTMENT OF TRANSPORTATION** *et. al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the court's accompanying memorandum opinion, ECF No. 30, Defendants' Motion to Dismiss, ECF No, 12, is hereby DENIED.

Date: September 29, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge