THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully move this Court for a 30-day extension of time to answer Plaintiff's complaint. Plaintiff filed this reverse-FOIA case in June 2021 and Defendants moved to dismiss in September 2021. *See* ECF Nos. 1, 12. On September 29, 2023, the Court partially denied Defendants' motion, which makes Defendants' answer due on October 13, 2023. *See* ECF Nos. 30–31; Minute Order (Oct. 4, 2023) (clarifying that Defendants must "file an answer to the Complaint by October 13, 2023"). But due to the press of other matters, Defendants need more time to prepare their answer and confer about next steps in this litigation. Plaintiff consents to this motion if Defendants agree to produce an administrative record at the same time as their answer. Defendants agree to those terms, subject to further order of the Court. Defendants' answer deadline should therefore be extended to November 13, 2023. A proposed order is attached.

DATED: October 12, 2023        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA M. BERMAN
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*