UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

## ORDER

Upon consideration of Defendants' consent motion for voluntary remand and stay, it is hereby **ORDERED** that the motion is **GRANTED**. This case is stayed pending further order of the Court.

**SO ORDERED**.

Dated: November 2, 2023
Washington, DC

*Tanya S. Chutkan*
TANYA S. CHUTKAN
U.S. DISTRICT JUDGE