THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-01760-TSC |

**JOINT STATUS REPORT**

Under this Court's November 3, 2023 Minute Order, the parties submit this joint status report:

1. Sunoco filed this reverse-FOIA case on June 30, 2021, and Defendants subsequently filed a Motion to Dismiss. *See* Compl., ECF No. 1; Mot. to Dismiss, ECF No. 12-1. On September 29, 2023, the Court entered an Order denying the Motion to Dismiss in part. ECF No. 31.

2. In light of the Court's ruling, and case law bearing on the legal issues here, the government sought—with Sunoco's consent—a stay of this litigation and a voluntary remand for the agency to reconsider its decision. *See* Consent Mot. for Voluntary Remand, ECF No. 33. The Court granted that motion, stayed the case, and ordered the parties to file a Joint Status Report by February 1, 2024 and every 90 days thereafter. Order, ECF No. 34; Minute Order (Nov. 3, 2023).

3. The agency is currently reviewing Sunoco's submitted materials. The voluntary-remand proceedings therefore remain ongoing. In accordance with the Court's order, the parties intend to file a further joint status report on October 29, 2024.

| | |
|---|---|
| DATED: July 30, 2024 | Respectfully submitted, |
| By: */s/ Dabney Carr* <br> Dabney J. Carr, IV (Bar ID: VA118) <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> Troutman Pepper Building <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> 804.697.1238 <br> dabney.carr@troutman.com <br><br> Marc D. Machlin (D.C. Bar No. 358661) <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> 401 Ninth Street, N.W., Suite 1000 <br> Washington, D.C. 20004 <br> 202.220.1439 <br> marc.machlin@troutman.com <br><br> *Attorneys for Plaintiff Sunoco Pipeline L.P.* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> MARCIA M. BERMAN <br> Assistant Director, Federal Programs Branch <br><br> */s/ Stephen Ehrlich* <br> STEPHEN EHRLICH <br> Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> Peter W. Rodino, Jr. Federal Building <br> 970 Broad Street, 7th Floor <br> Newark, NJ 07102 <br> Phone:  (202) 305-9803 <br> Email:   stephen.ehrlich@usdoj.gov <br><br> *Attorneys for Defendants* |