THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNOCO PIPELINE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01760-TSC |

## JOINT STATUS REPORT

Under this Court's November 3, 2023 Minute Order, the parties submit this joint status report:

1. Sunoco filed this reverse-FOIA case on June 30, 2021, and Defendants subsequently filed a Motion to Dismiss. *See* Compl., ECF No. 1; Mot. to Dismiss, ECF No. 12-1. On September 29, 2023, the Court entered an Order denying the Motion to Dismiss in part. ECF No. 31.

2. In light of the Court's ruling, and case law bearing on the legal issues here, the government sought—with Sunoco's consent—a stay of this litigation and a voluntary remand for the agency to reconsider its decision. *See* Consent Mot. for Voluntary Remand, ECF No. 33. The Court granted that motion, stayed the case, and ordered the parties to file a Joint Status Report by February 1, 2024 and every 90 days thereafter. Order, ECF No. 34; Minute Order (Nov. 3, 2023).

3. The agency is currently reviewing Sunoco's submitted materials. The voluntary-remand proceedings therefore remain ongoing. In accordance with the Court's order, the parties intend to file a further joint status report by July 28, 2025.

DATED: April 28, 2025

By: /s/ *Dabney J. Carr*
Dabney J. Carr, IV (Bar ID: VA118)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
Richmond, VA 23219
804.697.1238
dabney.carr@troutman.com

Marc D. Machlin (D.C. Bar No. 358661)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C. 20004
202.220.1439
marc.machlin@troutman.com

*Attorneys for Plaintiff Sunoco Pipeline L.P.*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA M. BERMAN
Assistant Director, Federal Programs Branch

/s/ *Cassandra M. Snyder*
CASSANDRA M. SNYDER
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington D.C. 20005
Phone:  (202) 451-7729
Email:   cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*